722 A.2d 673

**John SCORSONE and Vincenza Scorsone, Petitioners,**

**v.**

**LAFARGE CORPORATION, Respondent.**

Supreme Court of Pennsylvania.

Jan. 6, 1999.

*ORDER*

PER CURIAM:

AND NOW, this 6th day of January, 1999, the Petition for Allowance of Appeal is hereby GRANTED, the decision of the

Superior Court is REVERSED, and the matter is REMAND-ED to the trial court for proceedings consistent with *Shick v. Shirey*, 552 Pa. 590, 716 A.2d 1231 (1998).